United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-00524-KMS
Kim Demetrice Collins Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jul 28, 2025      Form ID: ntcdsm      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Demetrice Collins, 2321 41st Street, Meridian, MS 39305-3316 |
| 5341497 | | Advance America, 935 Frontage Rd, Meridian, MS 39301 |
| 5341498 | + | Baber's Leasing, 4201 8th St, Suite A, Meridian, MS 39307-5950 |
| 5341499 | + | BankPlus, Attn: Bankruptcy, 205 E Troy St, Ste 101, Tupelo, MS 38804-4837 |
| 5341500 | + | Community Choice Finan, 1217 S Frontage Rd, Ste D, Meridian, MS 39301-6124 |
| 5341501 | + | Community Loans, LLC, 4611 8th Street, Meridian, MS 39307-5827 |
| 5341505 | + | Evelyn Jackson, 255 Greenhill Rd, Toomsuba, MS 39364-9648 |
| 5343727 | ++ | MISSISSIPPI POWER, 420 W PINE STREET, HATTIESBURG MS 39401-3830 address filed with court:, Mississippi Power Company, 2992 W. Beach Blvd, Gulfport, MS 39501 |
| 5341509 | | Republic Finance, 3710 B MS 39, Meridian, MS 39301 |
| 5341511 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5346576 | + | Email/Text: bkinfo@ccfi.com | Jul 28 2025 19:33:00 | Community Choice Financial, 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5341503 | + | EDI: CCS.COM | Jul 28 2025 23:30:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5341504 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jul 28 2025 19:33:00 | Credit Systems Interna, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 5341506 | | EDI: AMINFOFP.COM | Jul 28 2025 23:30:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5361006 | | EDI: JEFFERSONCAP.COM | Jul 28 2025 23:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5368023 | + | Email/Text: bankruptcy@ncaks.com | Jul 28 2025 19:32:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5341507 | ^ | MEBN | Jul 28 2025 19:27:37 | Prince Parker & Assoc, Attn: Bankruptcy, Po Box 474690, Charlotte, NC 28247-4690 |
| 5343487 | | Email/Text: bankruptcy@republicfinance.com | Jul 28 2025 19:33:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5341508 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 28 2025 19:35:30 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 5357750 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 28 2025 19:35:30 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5341510 | + | Email/Text: bkinfo@ccfi.com | Jul 28 2025 19:33:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: ntcdsm | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 5346575 | + | Email/Text: bkinfo@ccfi.com | Jul 28 2025 19:33:00 | Speedy/Rapid Cash, 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5341502 | | Email/Text: stephenbinning@ymail.com | Jul 28 2025 19:32:00 | LAUDERDALE LOANS, 4805 POPLAR SPRINGS DR. C, MERIDIAN, MS 39305 |
| 5369098 | + | EDI: AIS.COM | Jul 28 2025 23:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5341512 | + | EDI: VERIZONCOMB.COM | Jul 28 2025 23:30:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2025              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kim Demetrice Collins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−00524−KMS
Chapter: 13

In re:
   Kim Demetrice Collins
   fka Kim Demetric Hayes
   2321 41st Street
   Meridian, MS 39305

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−4558

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 28, 2025.

Dated: 7/28/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600